# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EMILY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:18-cv-01574-HEA |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

Plaintiff Emily Davis and Defendants hereby stipulate and agree that the claims of the Plaintiff against Defendants are dismissed with prejudice.

Date: December 30, 2022

Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
James R. Wyrsch, 53197MO
Javad Khazaeli, 53735MO
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com

CAMPBELL LAW, LLC
Alicia Campbell, MO59586
3407 S. Jefferson Avenue
Saint Louis, MO 63118
888-588-5043
314-400-7701 (fax)
alicia@campbelllawllc.com

*Attorneys for Plaintiff*


**SHEENA HAMILTON CITY COUNSELOR**

/s/ Brandon Laird
Brandon Laird 65564 (MO
Associate City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, Missouri 63103
(314) 622-4651
lairdb@stlouis-mo.gov

*Attorneys for Defendants*

2